UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE ESPAR ANTITRUST LITIGATION                ORDER

This Document Relates To:
ALL ACTIONS                                     15-MC-0940 (JG) (JO)
------------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Daniel J. Nordin, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By June 17, 2015, Mr. Nordin shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Nordin shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Nordin shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       June 10, 2015

                                                             /s/
                                          JAMES ORENSTEIN
                                          U.S. Magistrate Judge