UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE ESPAR ANTITRUST LITIGATION                      ORDER

This Document Relates To:
ALL ACTIONS                                            15-MC-0940 (JG) (JO)
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Daniel C. Hedlund, Esq. is permitted to argue or try this case in whole or in part as

counsel or advocate. By June 17, 2015, Mr. Hedlund shall register for ECF. Registration is available

online at the EDNY's homepage. Once registered, Mr. Hedlund shall file a notice of appearance and

ensure that he receives electronic notification of activity in this case. Mr. Hedlund shall also ensure that

the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       June 10, 2015

                                            /s/
                                   JAMES ORENSTEIN
                                   U.S. Magistrate Judge