UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE PARKING HEATERS ANTITRUST                    ORDER
LITIGATION

                                                    15-MC-0940 (JG) (JO)

This document relates to:
ALL CASES
-------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Michael F. Tubach, Esq. is permitted to argue or try this case in whole or in part as

counsel or advocate. By August 12, 2015, Mr. Tubach shall register for ECF. Registration is available

online at the EDNY's homepage. Once registered, Mr. Tubach shall file a notice of appearance and

ensure that he receives electronic notification of activity in this case. Mr. Tubach shall also ensure that

the $150 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
      August 5, 2015

                                        _____/s/_____
                                        JAMES ORENSTEIN
                                        U.S. Magistrate Judge